# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **TAJ MARTIN** | **CIVIL ACTION NO. 24-1278** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| | |
| **UNKNOWN DEFENDANT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Taj Martin's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA,** this 23rd day of January 2025.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**